# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-2595

———————————————

Silas Kendricks,

Appellant,

v.

Ricky D. Dixon, Secretary,
Florida Department of
Corrections,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

August 27, 2024

Per Curiam.

Affirmed.

Osterhaus, C.J., and Lewis and Roberts, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Silas Kendricks, pro se, Appellant.

Ashley Moody, Attorney General, and Claudia P. Humphrey, Assistant Attorney General, Tallahassee, for Appellee.